# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>KEITH CREWS,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:23-cv-03658-TRJ |

## **DEFAULT  JUDGMENT**

The defendant(s) KEITH CREWS, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Honorable Tiffany R Johnson, United States District Judge, by order of 6/2/2025, having directed that judgment issue in favor of the plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that Crews is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 15 U.S.C. § 78j(b), and Rule 10b-5.

It is further ORDERED that Crews is liable for disgorgement of $530,000, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $50,930.75 and a civil penalty, pursuant to Section 21(d)(3)(A) of the Securities Exchange Act of 1934 and Section 20(d) of the Securities Act of 1933, in the amount of $530,000 for a total of $1,100,930.75.

Dated at Atlanta, Georgia this 3rd day of June, 2025.

                                           KEVIN P. WEIMER
                                           CLERK OF COURT

                                By:   s/ D. Salpeter
                                       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
June 3, 2025
Kevin P. Weimer
Clerk of Court

By: s/ D. Salpeter
      Deputy Clerk